UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>WARDEN, et al.,<br><br>        Defendants.<br>_____/ | 1:02-cv-06603-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. #43)<br><br>**ORDER DENYING MOTION AND PLEA FOR ASSISTANCE AND RELIEF FROM INTERFERENCE** (Docs. #38 & #40) |

    Plaintiff, Pedro Garcia ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 19, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen (15) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 19, 2005, are ADOPTED IN FULL; and,

2. Plaintiff's request for relief from interference, filed September 22, 2004, is DENIED.

IT IS SO ORDERED.

**Dated:   September 20, 2005**              /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE